** E-filed January 6, 2011 **

THOMAS E. PEREZ  
Assistant Attorney General  
LORETTA KING (DCBN 347583)  
Acting Chief  
ESTHER G. LANDER (DCBN 461316)  
Deputy Chief  
HILARY J. FUNK (VABN 46872)  
Senior Trial Attorney  
AMY M. KURREN (CABN 270423)  
Trial Attorney  

    U.S. Department of Justice  
    Civil Rights Division  
    Employment Litigation Section  
    950 Pennsylvania Avenue, NW, PHB 4015  
    Washington, DC   20530  
    Telephone: (202) 353-8054  
    Facsimile: (202) 514-1005  
    Hilary.Funk@usdoj.gov  

Attorneys for Plaintiff Miguel Orozco Garduño

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL OROZCO GARDUÑO, | |
| Plaintiff, | No. C 10-05281   HRL |
| v. | **JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER** |
| TITAN LABORATORIES, INC. and HARVEY BERGER, | |
| Defendants. | |

Plaintiff Miguel Orozco Garduño and Defendants Titan Laboratories, Inc. and Harvey

Berger, by the undersigned attorneys, jointly stipulate as follows:

1. The Department of Justice, on behalf of Plaintiff Orozco, filed the Complaint in this action on November 22, 2010, and served the Complaint by U.S. mail on Defendants, seeking a waiver of summons. Assuming Defendants waive formal service, their response is due on or before January 21, 2011.

2. Pursuant to the Order Setting Initial Case Management Conference and ADR Deadlines entered by the Court on November 22, 2010, the parties must meet and confer regarding initial disclosures, early settlement, ADR process selection, and discovery plan; file ADR Certification signed by parties and counsel; and file either Stipulation to ADR Process or Notice of Need for ADR Phone Conference by January 4, 2011.

3. The parties have reached an agreement in principle to resolve this case, and intend to file a consent decree embodying the terms of the settlement for judicial approval within the next two weeks.

4. Due to the anticipated settlement of this case, the parties respectfully request that the Court enter this stipulation as an Order, extending the deadlines set forth in the Order Setting Initial Case Management Conference and ADR Deadlines by two weeks while the parties finalize the details of the consent decree for submission and approval.

Date:   January 4, 2011                    Respectfully submitted,

**For Plaintiff:**
THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division

LORETTA KING (DCBN 347583)
Acting Chief
Employment Litigation Section

_/s/ Hilary J. Funk_
ESTHER G. LANDER (DCBN 461316)
Deputy Chief
HILARY J. FUNK (VABN 46872)
Senior Trial Attorney
AMY M. KURREN (CABN 270423)
Trial Attorney
U.S. Department of Justice
Civil Rights Division
Employment Litigation Section
950 Pennsylvania Ave., NW, PHB 4015
Washington, DC   20530
Telephone:   (202) 353-8054
Facsimile:   (202) 514-1005
Email: Hilary.Funk@usdoj.gov

**For Defendants:**

_/s/ Daniel Kaylor — HF_
DANIEL KAYLOR (CABN 99831)
Harrison & Kaylor
16400 Lark Ave., Ste. 250
Los Gatos, CA   95032
Telephone:   (408) 358-7700
Facsimile:   (408) 358-7701

SO ORDERED this 5 day of January, 2011

_____
Howard R. Lloyd
United States Magistrate Judge

The initial case management conference is continued to February 8, 2011, and all related Rule 26 and ADR deadlines are continued accordingly.